ANDRE BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JULIE ZATZ
Assistant United States Attorney
California Bar Number: 155560
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7349
    Facsimile: (213) 894-7819
    Email: Julie.Zatz@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| L.T.B., a minor, by and through her Guardian ad Litem, Josephine T. Bautista,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | NO. CV 11-02424 CAS (SHx)<br><br>ORDER DISMISSING ACTION |

    IT IS HEREBY ORDERED that this action be dismissed with prejudice, each side to bear its own costs.

    DATED: December 11, 2012

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE